AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    12-386

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The Reading Hosp.tal M.C.__
was received by me on *(date)* __Feb. 1, 2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Naomi Jasinski, Adm. Asst,__ who is
designated by law to accept service of process on behalf of *(name of organization)* __The Reading
Hospital and Medical Center__ on *(date)* __Feb. 2, 2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ __10.00__ for travel and $ __40.00__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __Feb. 2, 2012__

_____Andrew F. Marrella_____
Server's signature

__Andrew F. Marrella, Private Investigator__
Printed name and title

__P.O. Box 8345 Reading, PA 19603__
Server's address

Additional information regarding attempted service, etc: